No. 99–8299. CAMERON v. SAMARRA, CHIEF OF POLICE, CITY OF ALEXANDRIA, ET AL. Sup. Ct. Va. Certiorari denied.

No. 99–8302. TAYLOR v. PAINTER, WARDEN. Cir. Ct. Berkeley County, W. Va. Certiorari denied.

No. 99–8303. WELLS v. PHILLIPS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–8306. SMITH v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 99–8311. ADAMS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8336. MORAN RAMOS ET UX. v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 99–8339. RAJKOVIC v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 3d Cir. Certiorari denied.

No. 99–8345. BARNES v. MALONEY, COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTION. C. A. 1st Cir. Certiorari denied.

No. 99–8347. WHITFORD v. BOGLINO ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–8379. HUDSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–8384. BYERS v. MAHONEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–8388. CANCASSI v. ROBINSON. Super. Ct. N. J., App. Div. Certiorari denied.

No. 99–8399. NASIM v. MEISNER ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–8403. SCOTT v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 99–8404. COCHRAN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.